IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF
RHODE ISLAND

Terrance Boyd,
Petitioner

CR:NO95-075ML

v.

UNITED STATES OF AMERICA
Respondant

ADDENDUM

Containing five exhibits (A),(B-1),(B-2),(B-3) and (C).

Exhibit (A) The petitioners sentencing minutes page 35.

Exhibit (B-1) The petitioners sentencing minutes page 30.

Exhibit (B-2) A letter from Mendez father claiming the sum of $40,000,Document is from the petitioners presentencing report within the victim impact statement.

Exhibit (B-3) Transcript fron the petitioners trial testimony from mendez mother.

Exhibit (C) petitioners presentencing report page 1.

will be placed on supervised release for a term of five years.

I impose no fine, since any efforts any money that this Defendant may come into, may acquire by whatever reason either through work or inheritance, ought to be paid to the Mendez family. I have reviewed the claim filed by Mr. Mendez on behalf of the family and although there's not a tremendous amount of detail, there is a letter from Mr. Mendez where he talks about his son and what he has suffered as a result of his son's death. Mr. Boyd will be jointly and severally liable for the $40,000 claimed by Mr. Mendez with his co-defendants in this murder: Sepulveda, Roman, Perry and Davis.

I impose the mandatory special assessment of $50.

Mr. Boyd, I'm sure your attorney has already talked to you about filing an appeal in this case and that is your right. If you cannot afford an attorney to help you with that, the Court will provide one for you, do you understand that?

THE DEFENDANT: Yes.

THE COURT: Is there anything further from the Government?

MR. SULLIVAN: No, Your Honor.

Smith.

This is a Defendant who has wasted his life, who's wasted the life of Jose Mendez. And in so doing, affected the lives of Maquiva Concepcion; Jose Mendez, Jr.; Carmen Mendez, Jose Mendez, Sr. And in so doing, he destroyed not only Jose Mendez's life, but impacted his whole family.

And for that conduct, the Government recommends life imprisonment; five years supervised release; no fines or restitution may be, hopefully paid to the families. There's the $40,000 claim by Mr. Mendez, which was discussed yesterday as not being particularly well documented. But there is no objection from the Defendant on that count.

There's always the matter of a $50 special assessment. And there's one count of conviction here, so it's only $50 in this case.

The last thing I point out to the Court is that this Defendant -- and again, there's no objection to this -- this Defendant does qualify for an enhancement under the Criminal Street Gangs Act, but because you really can't enhance a life sentence, the Government does not make a recommendation according to that. Thank you.

THE COURT: Mr. Gerstein?

Ex.(B2)

PROB 72
(7/96)



UNITED STATES DISTRICT COURT
for the
Judicial District of Rhode Island

**Declaration of Victim Losses**

**United States of America**

Vs. **Cr. No.: 95-00075-001**

**George Sepulveda**

I, Jose F. Mendez, Sr., residing at 2090 Grand Concourse, #25B, in the Town/City of Bronx, County of ______, in the State of New York, am victim in the above-referenced case and I believe that I am entitled to restitution in the total amount of $ 40,000.00.

My specific losses as a result of this offense are summarized as follows: Loss of income because I'm suffering from a long deep depression, I had failed ...rk on all my debts paioments, I can't concentrate properly ... work, no matter what I do, I always carry my son in my ...ind. I went seeking for professional help a fews time ...nd its work very little.

I have been compensated by insurance or another source with respect to all or a portion of my losses in the amount of $ NONE. The name and address of my insurance company the claim number for this loss is as follows:

I declare under penalty of pejury that the foregoing is true and correct.

Jose F. Mendez
**(Signature)**

Executed on this 1 day of MAY, 1997

**(Additional Pages May be Attached)**

A. Yes.
Q. And then asked for the other one?
A. "The other one."
Q. After your son's death, what arrangements did you make for his funeral?
A. Excuse me?
Q. What arrangements did you make for Jose's funeral?
A. Well, my brother went down to identify -- see the body. And I had to go down to Smith Street to the funeral home and pick up the body to send it to New York, to the funeral home in New York.
Q. What local funeral home transferred the body for you from Rhode Island to New York?
A. The one on Smith Street.
Q. Boyle Funeral Home?
A. Yes. Around my house.
Q. Did you have a wake in New York City?
A. Yes.
Q. And where did that happen?
A. St. Andrew (sic) Funeral Home.
Q. San Andres Funeral Home?
A. San Andres Funeral Home.
Q. After the wake in New York, where was Jose ultimately interred?

A. I take him to my country.

Q. What is your country?

A. Dominican Republic.

Q. How did Jose get from San Andres to Dominican Republic? Do you remember what airline?

A. American.

Q. Did you go with the body from New York to the Dominican Republic?

A. Yes.

Q. Do you remember how much money the funeral arrangements cost between Boyle and San Andres and the flight to the Dominican Republic?

MR. CICILLINE: Objection.

THE COURT: Sustained.

Q. Did -- how did you pay for the funeral arrangements?

A. My father helped me. All my family helped me.

Q. And where does your father live?

A. Florida. In Florida.

Q. Did you bring with you any pictures of Jose before his death?

A. (Nods affirmatively.)

THE COURT: You need to speak your answer, ma'am.

A. Yes.

# CERTIFICATE OF SERVICE

I, Terrance Boyd, hereby certify that I have served a true and correct copy of the foregoing:

Petition for Writ of Error Coram Nobis
28 U.S.C.§1651(A).

Which is deemed filed at the time it was delivered to prison authorities for forwarding to the court, Houston vs. Lack, 101 L.Ed.2d 245 (1988), upon the court and parties to litigation and/or his/her attorney(s) of record, by placing same in a sealed, postage prepaid envelope addressed to:

| | |
|---|---|
| U.S.D.C. | ) U.S. Attorney |
| District of Rhode Island | ) District of Rhode Island |
| 1 John O. Pastore Federal Building | ) Fleet Center |
| Two Exchange Terrace | ) 50 Kennedy Plaza 8th fl. |
| Providence, R.I. 02903 | ) Providence, R.I. 02903 |
| | ) |

and deposited same in the United States Postal Mail at the United States Penitentiary,

Signed on this 24Th day of OCT.,

Respectfully Submitted,

Terrance Boyd

REG. NO. 04225-070